Prob 12 (10/09)
VAE (rev. 5/23)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Sang June Han _____    Docket No. 1:18CR00384-001 _____

### Petition on Supervised Release

      COMES NOW Natasha Kopsie, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sang June Han, who was placed on supervision by the Honorable T.S. Ellis, III, United States District Judge sitting in the Court at Alexandria, Virginia, on the 29th day of March 2019, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

**See Page 2.**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** ___4/7/2026 at 10:00 a.m._____

| ORDER OF COURT | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___13th___ day of March 2026 and ordered filed and made a part of the records in the above case. | Executed on: 3/13/2026 |
| /s/ Michael S. Nachmanoff ⟨M⟩ United States District Judge | ⟨signature⟩ |
| Michael S. Nachmanoff United States District Judge | Natasha Kopsie Senior U.S. Probation Officer 571-388-7570 |

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: Han, Sang June

OFFENSE: Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

SENTENCE: On March 29, 2019, Sang June Han appeared before the Honorable T.S. Ellis, III, and was sentenced to the custody of the United States Bureau of Prisons for a term of seventy (70) months to be followed by three (3) years of supervised release. The following special conditions were ordered:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer;

2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer; and

3) The defendant shall provide the probation officer access to any requested financial information.

The Court also imposed a $100 special assessment, which has been paid in full.

ADJUSTMENT TO SUPERVISION:

Mr. Han's term of supervised release commenced on June 29, 2023. Mr. Han released to his parents' home in Springfield, Virginia, where he currently resides. On July 25, 2023, Mr. Han completed an assessment for mental health and substance abuse treatment services at the Fairfax-Falls Church Community Services Board (CSB) and was not recommended for treatment. He secured employment with his father's business, Master Han Taekwondo, where he is reportedly tasked with teaching Taekwondo and transporting youth for before-and-after school programming. Mr. Han has been referred to Alliance Therapy Center for treatment to address both mental health and substance abuse needs pending resolution of the alleged violations below. The term of supervised release is scheduled to expire on June 28, 2026.

On October 7, 2024, this case was reassigned to Your Honor due to the retirement of Judge Ellis.

On May 28, 2025, Your Honor denied the *pro-se* motion filed for early termination of supervised release.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION: **THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT.**

On February 19, 2026, Sang June Han submitted a urine sample which tested presumptive positive for marijuana and cocaine. Han admitted use of marijuana on February 15, 2026, both verbally and in writing; however, he denied use of cocaine. He initially reported he used marijuana because he was experiencing stress but later indicated he used marijuana with friends at a restaurant. On March 5, 2026, confirmation was received from the National Laboratory indicating positive results for THC Metabolite and Benzoylecgonine (cocaine metabolite).

Petition on Supervised Release
Page 3
RE: Han, Sang June

On March 5, 2026, and March 10, 2026, Sang June Han submitted urine samples which tested presumptive positive for Cannabinoids, Cocaine, and Fentanyl. On March 12, 2026, upon receiving the positive results, Han was asked for explanation of the results, and he admitted he used a round, white pill on March 8, 2026, that a "friend" gave him and told him it was oxycodone. Han admitted he used these round, white pills approximately three times since January 29, 2026.

**SPECIAL CONDITION NO. 1:** **THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE UNITED STATES PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE RESIDENTIAL TREATMENT AND TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL, WITH PARTIAL COST TO BE PAID BY THE DEFENDANT, ALL AS DIRECTED BY THE PROBATION OFFICER.**

On February 19, 2026, Sang June Han was found in possession of a device he used while attempting to falsify a drug test at the U.S. Probation Office in Alexandria, Virginia. The device was a clear tube attached to a bag that was taped around Han's torso. Han admitted the device was to submit a false test and that it contained his urine prior to using marijuana, which he admitted using four days prior. Photographs were taken of the device, and the device was seized pending resolution of the violation.

NK/mbp/dg

Prob 12 (10/09)
VAE (rev. 5/23)